# EXHIBIT B

# REGISTRATION/REPORTING STATUS

OMB: 3235-0049

| Primary Business Name: RIZVI TRAVERSE MANAGEMENT, LLC | IARD/CRD Number: 160733 |
|---|---|

| Registration Status | | |
|---|---|---|
| SEC/Jurisdiction | Registration Status | Effective Date |
| SEC | Approved | 03/30/2012 |

### Notice Filings

Investment adviser firms registered with the SEC may be required to provide to state securities authorities a copy of their Form ADV and any accompanying amendments filed with the SEC. These filings are called *"notice filings"*. Below are the states with which the firm you selected makes its notice filings. Also listed is the date the firm first became notice filed or registered in each state.

| Jurisdiction | Effective Date |
|---|---|
| California | 03/30/2012 |
| Connecticut | 03/30/2012 |
| Michigan | 03/30/2012 |
| New York | 03/30/2012 |

### Exempt Reporting Advisers

Exempt Reporting Advisers are investment adviser firms that are not required to register as investment advisers because they meet registration exemptions under sections 203(l) and 203(m) of the Advisers Act of 1940. These advisers are required to submit reports to the SEC or jurisdictions. These reports are filed using Form ADV, but do not include all items contained in Form ADV that a registered adviser must complete. Below are the regulators with which a report is filed.

Not Currently an Exempt Reporting Adviser