IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SMALL VENTURES USA, L.P.<br><br>      Plaintiff / Counter-Defendant<br><br>v.<br><br>RIZVI TRAVERSE MANAGEMENT, LLC, MLRT FILM HOLDINGS, LLC, SUHAIL RIZVI, JOHN GIAMPETRONI, DIANE STIDHAM, AND DANNY MANDEL<br><br>      Defendants / Counter-Plaintiffs<br><br>v.<br><br>WILLIAM O. PERKINS, III, KAYLA BRUZZESE, AND OMAR HANEEF<br><br>      Counter-Defendants | Civil Action No. 4:11-CV-3072<br><br>Judge Ewing Werlein, Jr. |

### [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS COUNTS I, II AND III OF PLAINTIFF'S SECOND AMENDED COMPLAINT

This Court being fully advised in the premises, and having considered the briefs filed by the parties, hereby GRANTS Defendants' Motion to Dismiss Counts I, II and III of Plaintiff's Second Amended Complaint with prejudice.

IT IS SO ORDERED.

Dated: _____

                                                          **Ewing Werlein, Jr.**
                                                          **United States District Judge**