UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:11-cv-3072 |
|---|---|---|---|
| Small Ventures USA, L.P. ||||
| *versus* ||||
| Rizvi Traverse Management, LLC, MLRT Film Holdings, LLC, Suhail Rizvi, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Jeffrey F. Robertson<br>Schulte Roth & Zabel, LLP<br>1152 Fifteenth Street, NW, Suite 850<br>Washington, DC 20005<br>202-729-7478<br>DC Bar No. 449142; NY Bar No. 2741635 |
|---|---|
| Seeks to appear for this party: | Small Ventures USA, LP |
| Dated:    11/11/2013 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

Order                This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                     United States District Judge