UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:11-cv-3072 |
|---|---|---|---|
| Small Ventures USA, L.P. ||||
| *versus* ||||
| Rizvi Traverse Management, LLC, MLRT Film Holdings, LLC, Suhail Rizvi, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Marcy R. Harris<br>Schulte Roth & Zabel, LLP<br>919 Third Avenue<br>New York, NY 10022<br>212-756-2000<br>NY Bar No. 2125615 |
|---|---|
| Seeks to appear for this party: | Small Ventures USA, LP |
| Dated: 11/11/2013 | Signed: *Marcy R. Harris* |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 11/12/2013 | Clerk's signature: *Keddan* |

Order

Dated: 11-14-13

This lawyer is admitted *pro hac vice*.

*Frances H. Stacy*
United States ~~District~~ Judge
magistrate